

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Heather Maxin; individually and on behalf of all others similarly situated<br><br>**Plaintiff,**<br><br>V.<br><br>RHG & Company, Inc., doing business as Vital Nutrients<br><br>**Defendant.** | Civil Action No.   16cv2625-JLS-BLM<br><br>**JUDGMENT IN A CIVIL CASE** |

IT IS HEREBY ORDERED AND ADJUDGED:

the Court:
1. GRANTS Plaintiff's Motion for Final Approval of Class Action Settlement;
2. GRANTS Plaintiff's Motion for Attorneys' Fees and Costs;
3. As such, the Court APPROVES $247,500 in attorney fees and costs to Class Counsel;
4. APPROVES a $5,000 award to Ms. Heather Maxin;
5. APPROVES a $76,270.14 payment to KCC as settlement administrator;
6. DISMISSES this action WITH PREJUDICE with the terms of the Settlement.

Date:   7/12/18

CLERK OF COURT
**JOHN MORRILL, Clerk of Court**
By:  s/  M. Lozano
M. Lozano, Deputy